**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ELHAM NEILSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 6:11-cv-228-MHS-JDL** |
| | § | |
| **CLARENCE WILLIAMS** | § | **JURY DEMANDED** |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation, has been presented for consideration (Doc. No. 19). The Magistrate Judge recommends denying the Plaintiff's Motion to Enter Final Judgment (Doc. No. 17). Plaintiff has made no objections to the Report and Recommendation, but has filed a brief in response to the Report and Recommendation (Doc. No. 21). The Court will consider the merits of the brief and decide whether to grant Plaintiff leave to file a new motion for judgment. As to the motion at issue, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

It is SO ORDERED.

SIGNED this 19th day of March, 2013.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE